UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:18-cr-494-T-23TGW | DATE: May 14, 2019 |
| HONORABLE STEVEN D. MERRYDAY | Courtroom 15A |
| **UNITED STATES OF AMERICA** | Natalie Adams, AUSA |
| **vs.** | |
| **LARRY DEAN WILSON, JR.** | Shelton Bridges, CJA |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: Dee Mosley |
| TIME: 8:31 a.m.–9:17 a.m. | TOTAL: 46 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

The defendant pleaded guilty to count one of the indictment.

The defendant's objection to the two-level enhancement in paragraph twenty-one of the PSR is sustained, reducing the total offense level to 29.

Imprisonment: **one hundred forty months**

Supervised Release: **sixty months**

Special Conditions:
1.) The defendant must participate in a substance abuse program, follow the probation officer's instructions with respect to the program, contribute to the cost of the program in accord with the applicable sliding scale, and submit to random drug testing.
2.) The defendant must participate in a mental health treatment program, follow the probation officer's instructions with respect to the program, and contribute to the cost of the program in accord with the applicable sliding scale.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant must refrain from use of unlawful controlled substances. The defendant must submit to one drug test within fifteen days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer, not to exceed 104 tests per year.

*******************************************

Fine: waived

Restitution: n/a

The order of forfeiture (Doc. 35) is final and incorporated into the judgment.

Special Assessment: $100, due immediately

Counts two and three of the indictment are dismissed in accord with the plea agreement.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The court recommends (in order of preference) confinement at (1) FCI Coleman, Florida, or (2) FCI Jesup, Georgia, where the defendant can participate in the Residential Drug Abuse Program (RDAP), mental health counseling, and available vocational training.

The defendant is advised of his right to appeal and to counsel on appeal.

After consideration of 18 U.S.C. § 3553, the court varies downward.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) | |
|---|---|
| Total Offense Level: | 29 |
| Criminal History Category: | VI |
| Imprisonment Range: | 151–188 months |
| Supervised Release Range: | 5 years |
| Restitution: | n/a |
| Fine Range: | $30,000–$10,000,000 |
| Special Assessment: | $100 |